BEFORE THE FIRST DIVISION, OCTOBER 14, 1954

**No. 58422.**—The Wing On Co. and W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 225540-K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in this dissenting opinion in C. D. 1480, *supra.*